UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JILL RENEE RAMSDELL-LONGNECKER,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

Defendant.

CASE NO. 10-cv-05750 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation and REVERSES and REMANDS to the Administration as set forth in the Report and Recommendation;

(2) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 6th day of September, 2011.

RONALD B. LEIGHTON
United States District Judge

ORDER - 1