# United States District Court

WESTERN DISTRICT OF WASHINGTON

JILL RENEE RAMSDELL-LONGNECKER

      v.

MICHAEL J. ASTRUE, Commissioner
  of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5750RBL

  __   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation and REVERSES and REMANDS to the Administration as set forth in the Report and Recommendation.

   September 6, 2011     
Date

   WILLIAM M. McCOOL     
Clerk

   *s/CM Gonzalez*     
Deputy Clerk