IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | | |
|---|---|---|
| JILL RAMSDELL-LONGNECKER, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| vs. | ) | 3:10-CV-05750-RBL |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Defendant. | ) | **ORDER** |

The Court, having read the Affirmation of Charles E. Binder and supporting Memorandum, dated the 5th day of October, 2011, attorney for the plaintiff in the above-captioned case, for an award of Equal Access to Justice fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the Motion for Equal Access to Justice fees in the amount of $4,770.86 be granted in addition to reimbursement of the District Court filing fee of $350, payable from the Judgment Fund.

DATED: October 14, 2011.

E N T E R

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

1